# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

---

TRACY RHODE,

    Plaintiff,

v.                                                              Case No. 19-cv-176

MORAINE RIDGE, LLC,

    Defendant.

---

## VOLUNTARY STIPULATION OF DISMISSAL

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed upon the merits, with prejudice and without costs to either party.

Dated this 13th day of May, 2019.      By:     s/ David M. Potteiger
                                                                          David M. Potteiger, SBN 1067009
                                                                         Walcheske & Luzi, LLC
                                                                         15850 W. Bluemound Road, Suite 304
                                                                         Brookfield, WI 53005
                                                                         Telephone: (262) 780-1953
                                                                         Email: dpotteiger@walcheskeluzi.com
                                                                         *Attorneys for Plaintiff*

Dated this 13th day of May, 2019.      By:     s/ Jenna E. Rousseau
                                                                          Jenna E. Rousseau, SBN 1065236
                                                                         Strang, Patteson, Renning, Lewis & Lacy, s.c.
                                                                         205 Doty St., Suite 201
                                                                         Green Bay, WI 54301
                                                                         Telephone: 844-833-0828
                                                                         Email: jrousseau@strangpatteson.com
                                                                         *Attorneys for Defendant*